# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**O**

## CIVIL MINUTES - GENERAL

| Case No. | CV 96-2584 ABC | Date | April 11, 2011 |
|---|---|---|---|
| Title | Tracy Dearl Cain v. Michael Martel, Warden of California State Prison at San Quentin | | |

### DEATH PENALTY CASE

| Present: The Honorable | Audrey B. Collins, Chief United States District Judge |
|---|---|

| Angela Bridges | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER RE: MOTION FOR EVIDENTIARY HEARING [DOCUMENT 275] AND SUPPLEMENTAL BRIEFING**

On March 14, 2011, the Court issued an Order Granting in Part and Denying in Part Motion for Evidentiary Hearing. Those portions of the Order granting an evidentiary hearing on Claims 1(1), 1(2), 2(1), 2(11), 2(12), 2(17), 2(18), 8(3)(A), 10(6), 10(9), 10(10), 10(11), 10(13), 10(14), 10(17), 10(18), and 18, or portions thereof, are hereby **VACATED.** The Court **LIFTS** the stay on the remainder of the Order.

On April 4, 2011, the United States Supreme Court issued an decision in *Cullen v. Pinholster*, 563 U.S. ___, 2011 WL 1225705, holding that review under 28 U.S.C. § 2254(d)(1) is limited to the record that was before the state court that adjudicated the claim on the merits. On or before May 30, 2011, petitioner shall file a supplemental brief, not to exceed fifteen pages, addressing his entitlement to an evidentiary hearing in view of *Cullen v. Pinholster*. Respondent shall file any opposition, not to exceed fifteen pages, by June 30, 2011. Petitioner shall file any reply in support of his supplemental brief, not to exceed ten pages, by July 15, 2011.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | AB |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



**CIVIL MINUTES - GENERAL**

| Case No. | CV 96-2584 ABC | Date | April 11, 2011 |
|---|---|---|---|
| Title | Tracy Dearl Cain v. Michael Martel, Warden of California State Prison at San Quentin | | |

**DEATH PENALTY CASE**