JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DEARL CAIN, | CASE NO. CV 96-2584 ABC |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | JUDGMENT |
| KEVIN CHAPPELL, Warden of California State Prison at San Quentin, | |
| Respondent. | |

Pursuant to the Order Denying Third Amended Petition for Writ of Habeas Corpus issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied with prejudice and judgment is entered in favor of Respondent and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

The Clerk is ordered to enter this judgment.

Dated: July 2, 2013.

AUDREY B. COLLINS
United States District Judge